## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

FIRSTRUST BANK,

        Plaintiff,

    v.

RMG ERECTORS & CONSTRUCTORS OF
MONTANA, LLC, RMG AVIATION, LLC,
105 BARON, LLC, 308 BARON, LLC,
SHARON MESMER, and ROBERT
MESMER,

        Defendants.

CIVIL ACTION

1:26-cv-03611-KMW-AMD

**ORDER TO SHOW CAUSE WHY A
RECEIVER SHOULD NOT BE
APPOINTED**

**THIS MATTER** having been brought before the Court by Plaintiff Firstrust Bank, by and through its counsel, by Order to Show Cause seeking the emergency appointment of a receiver pursuant to Federal Rules of Civil Procedure 65 and 66, and Local Rules 65.1 and 66.1, based upon the facts set forth in the Verified Complaint, the Memorandum of Law and all accompanying declarations submitted therewith; and it appearing that Firstrust Bank has demonstrated a likelihood of success on the merits such that final judgment will be rendered in favor of Firstrust Bank, and it further appearing that irreparable injury will result unless the relief is granted and other good cause having been shown,

    **IT IS** on this ___17th___ day of ___April___ 2026,

    **ORDERED** that the Defendants RMG Erectors and Constructors of Montana, LLC, RMG Aviation, LLC, 105 Baron, LLC, 308 Baron, LLC, Sharon Mesmer, and Robert Mesmer appear and show cause on the ___12th___ day of ___May___, 2026, before the United States District Court for the District of New Jersey, Honorable Karen M. Williams, at the Mitchell H. Cohen Building, U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, at __3__:__30__ o'clock a.m/p.m. in Courtroom 4A, why an Order should not be issued:

51746467v.1

1.      Appointing Stephen J. Scherf and Asterion, Inc. as Receiver over the real and personal property assets of the integrated business operations of Defendants RMG Erectors & Constructors of Montana, LLC, RMG Aviation, LLC, 105 Baron, LLC, and 308 Baron, LLC to protect Firstrust Bank's and Defendants' other creditors' interests during the pendency of this case;

2.      Enjoining Defendants, and any officers, employees, and anyone acting at their direction or in concert with them from interfering in any way with the Receiver in the performance of their duties;

3.      Enjoining Defendants and any officers, employees, and anyone acting at their direction or in concert with them from transferring any funds and/or from selling or otherwise disposing of any assets and/or otherwise interfering with Firstrust Bank's and/or the Receiver's efforts to collect any assets, accounts receivable, and/or other collateral; and

4.      Granting such other relief as the Court deems equitable and just.

**IT IS FURTHER ORDERED** that:

1.      A copy of this Order to Show Cause, the Emergency Motion for the Appointment of a Receiver and Memorandum of Law in support thereof, and the Certification of Natalie Molz with accompanying Declarations of Stephen Scherf and Justin O'Neill submitted in support of this application, shall be served upon the Defendants on or before _April 24_ , 2026.

2.      Firstrust Bank must file with the Court its proof of service of the pleadings on the Defendants no later than three (3) days prior to the hearing date.

3.      Defendants shall file and serve a written response to this Order to Show Cause and the request for injunctive relief by _May 4_ , 2026. If the Defendants do not file and serve opposition papers to this Order to Show Cause prior to the hearing, the application will be decided on the papers and relief may be granted by default.

-2-

51746467v.1

4.      Firstrust Bank may file and serve any written reply to Defendants' opposition by May 8, 2026.

**IT IS SO ORDERED.**

_____
KAREN M. WILLIAMS, U.S.D.J.

-3-

51746467v.1