# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| FIRSTUST BANK,<br><br>       Plaintiff,<br><br>v.<br><br>RMG ERECTORS & CONSTRUCTORS OF MONTANA, LLC, RMG AVIATION, LLC, 105 BARON, LLC, 308 BARON, LLC, SHARON MESMER, and ROBERT MESMER,<br>               Defendants. | Civil Action No. 1:26-cv-03611-KMW-AMD |

## **NOTICE OF APPEARANCE**

To:    The clerk of court and all parties of record

I, Holly S. Miller, Esq., am admitted to practice in this court, and I appear as counsel of record for Defendants RMG Aviation, LLC, 105 Baron, LLC, 308 Baron, LLC, Sharon Mesmer, and Robert Mesmer, in the above-captioned action.

Dated: April 30, 2026

*/s/ Holly S. Miller*
Holly S. Miller, Esq. (No. 2006-03052)
GELLERT SEITZ BUSENKELL & BROWN LLC
901 Market Street, Suite 3020, 3rd Floor
Philadelphia, PA 19107
Phone: (215) 238-0012
Email: hsmiller@gsbblaw.com

*Counsel for Defendants RMG Aviation, LLC, 105 Baron, LLC, 308 Baron, LLC, Sharon Mesmer, and Robert Mesmer*